ACCEPTED
15-25-00114-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/7/2025 8:36 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00114-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/7/2025 8:36:54 AM
CHRISTOPHER A. PRINE
Clerk

# In the Court of Appeals
## for the
## Fifteenth Judicial District of Texas at Austin

Kelly Hancock, Acting Comptroller of Public Accounts of the State of Texas; and Ken Paxton, Attorney General of the State of Texas,
*Appellants*

v.

Dave & Buster's I, L.P.,
*Appellee*

On Appeal from the 200th Judicial District Court
Travis County, Texas

## APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

To the Honorable Fifteenth Court of Appeals:

Appellants, Kelly Hancock, Acting Comptroller of Public Accounts of the State of Texas; and Ken Paxton, Attorney General of the State of Texas file this Motion for Extension and respectfully show the Court as follows:

**DEADLINE**

The deadline for Appellants to file their brief is **August 28, 2025**. Counsel for Appellants respectfully requests the deadline be extended by **60 days**, to **October 27, 2025**.

**REASONS FOR EXTENSION OF TIME**

In addition to the routine matters that counsel must attend to in daily practice, during the months of August and September, the undersigned counsel will spend significant time:

1. preparing for trial on September 15, 2025, in Cause No. D-1-GN-17-002779, *Nissan Auto Receivables Corporation II v. Glenn Hegar, et al.*, pending in the 261st Judicial District Court of Travis County, Texas; and

2. preparing for trial on September 29, 2025, in Cause No. D-1-GN-21-006563, *Power Services Holding Company, Inc., and Integrated Power Services Holdings, Inc. v. Glenn Hegar, et al.*, pending in the 53rd Judicial District Court of Travis County, Texas.

**EXTENSION SOUGHT IN THE INTEREST OF JUSTICE**

Counsel for Appellants seeks this extension of time in order to provide this Court with a brief that effectively aids it in the analysis of the case. This request is not sought for delay but so that justice may be done. Counsel for Appellee is unopposed to the requested extension. This Court has granted no extensions regarding Appellants' brief before this request.

**PRAYER FOR EXTENSION**

For the reasons set forth above, Appellants respectfully request this Court grant this Motion for Extension of Time to File Appellants' Brief and extend the deadline for filing the brief to October 27, 2025.

Dated: August 7, 2025

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

STEVEN ROBINSON
Division Chief, Tax Litigation Division

*/s/ Wesley Remschel*
WESLEY REMSCHEL
Assistant Attorney General
State Bar No. 24126032
Tax Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548
512-574-8089
512-478-4013 (fax)
wesley.remschel@oag.texas.gov

ATTORNEYS FOR APPELLANTS

**CERTIFICATE OF CONFERENCE**

I certify that on **August 6, 2025,** the undersigned counsel conferred with Lacy Leonard, counsel for Appellee. Ms. Leonard indicated that Appellee is not opposed to the requested extension.

/s/Wesley Remschel
WESLEY REMSCHEL
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that on **August 7, 2025**, a copy of the foregoing document was sent to the other parties to this suit, their counsel, or registered agent as follows:

RYAN LAW FIRM, L.L.P.                                            *Via electronic service*
Danielle Ahlrich
Danielle.Ahlrich@ryanlawyers.com
Lacy Leonard
Lacy.Leonard@ryanlawyers.com
Caidi Davis
Caidi.Davis@ryanlawyers.com
1301 S. Mopac Expressway, Suite 430
Austin, Texas 78746
(512) 459-6600
(512) 459-6601 (fax)

ATTORNEYS FOR APPELLEE

/s/Wesley Remschel
WESLEY REMSCHEL
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lynee Pearson on behalf of Wesley Remschel
Bar No. 24126032
lynee.pearson@oag.texas.gov
Envelope ID: 104078910
Filing Code Description: Motion
Filing Description: 20250807 Motion for Extention of Time
Status as of 8/7/2025 8:42 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Danielle Ahlrich | 24059215 | danielle.ahlrich@ryanlawyers.com | 8/7/2025 8:36:54 AM | SENT |
| Lacy Leonard | | Lacy.Leonard@ryanlawyers.com | 8/7/2025 8:36:54 AM | SENT |
| Ryan Law Paralegals | | Austin.Paralegals@ryanlawyers.com | 8/7/2025 8:36:54 AM | SENT |

Associated Case Party: GLENN HEGAR COMPTROLLER

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Wesley Remschel | | wesley.remschel@oag.texas.gov | 8/7/2025 8:36:54 AM | SENT |